## STATE

v.

## Timothy HASLAM et al.

### No. 79–523–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff-respondent.

Aram K. Berberian, Warwick, for defendants-petitioners.

ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.